UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTONIO PEARSON,  :
 :
   Plaintiff  :
 :   No. 1:13-CV-1988
   v.  :
 :   (Judge Caldwell)
THOMAS WILLIAMS, *et al.*,  :
 :
   Defendants  :

## *O R D E R*

And now, this 26th day of September 2017, for the reasons set forth in the accompanying Memorandum, it is ordered that:

   1. Pearson's Amended Complaint is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).

   2. The Clerk of Court is directed to close this case.

                             /s/ William W. Caldwell
                             William W. Caldwell
                             United States District Judge